UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHANNA OBANDO,<br><br>        Plaintiff,<br><br>      v.<br><br>WELLS FARGO BANK, N.A.;<br>QUALITY LOAN SERVICE<br>CORPORATION; and DOES 1 – 10,<br>inclusive,<br><br>        Defendants. | Case No.: CV 20-10425-DMG (JPRx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [10]** |


1  Pursuant to the terms of a confidential settlement agreement executed in
2  December 2020, the joint stipulation of dismissal executed and filed by the parties,
3  and good cause appearing,
4      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:
5      1.  The above-entitled action is dismissed *with prejudice* as to all
6  defendants; and
7      2.  The parties shall bear their own fees and costs.

9  DATED: January 6, 2021       _____
10                               DOLLY M. GEE
                                 UNITED STATES DISTRICT JUDGE